# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| **GENE THROWER, on behalf of himself and others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **Columbus Car Audio & Accessories, Inc.** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 2:25-cv-00957-MHW-EPD |

## AFFIDAVIT OF SERVICE

I, Rodney VanBrimmer II, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to COLUMBUS CAR AUDIO & ACCESSORIES, INC. in Franklin County, OH on September 2, 2025 at 3:19 pm at 2933 MORSE ROAD, COLUMBUS, OH 43231 by leaving the following documents with Jason Cook who as Office Manager is authorized by appointment or by law to receive service of process for COLUMBUS CAR AUDIO & ACCESSORIES, INC..

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT JURY TRIAL DEMANDED

White Male, est. age 45-54, glasses: N, Multi hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=40.058656,-82.9413312
Photograph: See Exhibit 1

Total Cost: $150.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>    Delaware County           </u>,<br><u>   OH    </u> on <u>  9/8/2025           </u> . | /s/ *Rodney VanBrimmer II*<br>Signature<br>Rodney VanBrimmer II<br>+1 (740) 936-7625 |



Exhibit 1a)