# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| GENE THROWER, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBUS CAR AUDIO & ACCESSORIES, INC.,<br><br>Defendant. | CASE NO. 2:25-cv-00957-MHW-EPD<br><br>JUDGE MICHAEL H. WATSON<br><br>MAG. JUDGE ELIZABETH PRESTON DEAVERS<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Please take notice that Sydney K. Bell, Esq. of McDonald Hopkins LLC hereby enters her appearance as counsel of record for Defendant Columbus Car Audio & Accessories, Inc. Please serve all pleadings, notices, and any other papers to Sydney K. Bell, McDonald Hopkins LLC, 600 Superior Avenue East, Suite 2100, Cleveland, Ohio 44114.

    Respectfully Submitted,

    */s/ Sydney K. Bell*
    Christopher G. Dean (0092883)
    Sydney K. Bell (103759)
    McDonald Hopkins LLC
    600 Superior Avenue, Suite 2100
    Cleveland, Ohio 44114
    Tel: 216.348.5807
    cdean@mcdonaldhopkins.com
    sbell@mcdonaldhopkins.com

    *Trial Attorney for Defendant Columbus Car Audio & Accessories, Inc.*

36848290.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Sydney K. Bell*
Christopher G. Dean (0092883)
Sydney K. Bell (103759)
McDonald Hopkins LLC


*Trial Attorney for Defendant Columbus Car Audio & Accessories, Inc.*

36848290.1