# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| GENE THROWER, *on behalf of himself and all others similarly situated*, <br><br>　　　　　Plaintiff, <br><br>v. <br><br>COLUMBUS CAR AUDIO & ACCESSORIES, INC., <br><br>　　　　　Defendant. | CASE NO. 2:25-cv-00957-MHW-EPD <br><br>JUDGE MICHAEL H. WATSON <br><br>MAG. JUDGE ELIZABETH PRESTON DEAVERS <br><br>**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO PLEAD OR OTHERWISE RESPOND TO COMPLAINT** |

　　　　Now comes Defendant Columbus Car Audio & Accessories, Inc. ("Defendant"), by and through counsel, and hereby respectfully requests an additional 35 days, up to and until October 28, 2025 in which to respond to Plaintiff's Class Action Complaint. The additional time is necessary to allow Defendant and its counsel to fully investigate and respond to the allegations and issues raised in the Complaint. This is Defendant's first request for additional time to respond to the Complaint. The request is not intended for delay, and no party will be prejudiced by it. Defendant's counsel received consent from Plaintiff's counsel to the relief requested herein.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Sydney K. Bell*
　　　　　　　　　　　　　　　　　　　Christopher G. Dean (0092883)
　　　　　　　　　　　　　　　　　　　Sydney K. Bell (103759)
　　　　　　　　　　　　　　　　　　　McDonald Hopkins LLC
　　　　　　　　　　　　　　　　　　　600 Superior Avenue, Suite 2100
　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44114
　　　　　　　　　　　　　　　　　　　Tel: 216.348.5807
　　　　　　　　　　　　　　　　　　　cdean@mcdonaldhopkins.com
　　　　　　　　　　　　　　　　　　　sbell@mcdonaldhopkins.com

　　　　　　　　　　　　　　　　　　　*Trial Attorney for Defendant Columbus Car Audio & Accessories, Inc.*

36850428.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Sydney K. Bell*
Christopher G. Dean (0092883)
Sydney K. Bell (103759)
McDonald Hopkins LLC

*Trial Attorney for Defendant Columbus Car Audio & Accessories, Inc.*

36850428.1