# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| GENE THROWER, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBUS CAR AUDIO & ACCESSORIES, INC.,<br><br>Defendant. | CASE NO. 2:25-cv-00957-MHW-EPD<br><br>JUDGE MICHAEL H. WATSON<br><br>MAG. JUDGE ELIZABETH PRESTON DEAVERS<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO PLEAD OR OTHERWISE RESPOND TO COMPLAINT** |

This matter is before the Court on the Unopposed Motion of Defendant Columbus Car Audio & Accessories, Inc. ("Defendant") for Leave to Plead or Otherwise Respond to Complaint. The Court finds the Motion well-taken, and for good cause shown, the Motion is hereby **GRANTED**.

Defendant is hereby granted an extension of 35 days, up to and including October 28, 2025, in which to respond to Plaintiff's Class Action Complaint.

**IT IS SO ORDERED.**

_____
**DATE**

_____
JUDGE MICHAEL H. WATSON

36850437.1