IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GENE THROWER,**
*On behalf of himself and others similarly situated,*

    **Plaintiff,**

vs.

**COLUMBUS CAR AUDIO & ACCESSORIES, INC.,**

    **Defendant.**

Case No. 2:25-cv-0957
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter comes before the Court on Defendant's Unopposed Motion for Leave to Plead or Otherwise Respond to Complaint.  (ECF No. 8.)  Defendant seeks a 35-day extension to respond to the Complaint.  (*Id.*)  For good cause shown, the Motion is **GRANTED**.  Defendant may have until **OCTOBER 28, 2025**, to respond to the Complaint.

    **IT IS SO ORDERED.**

**DATED:  September 23, 2025**

/s/ *Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**