## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

GENE THROWER,

        Plaintiff(s),

vs.

COLUMBUS CAR AUDIO & ACCESSORIES, INC.,

        Defendant(s).

Case No. 2:25-cv-957
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

### NOTICE OF HEARING

**TAKE NOTICE** that a Telephonic Preliminary Pretrial Conference will be held before the Honorable Elizabeth A. Preston Deavers on **OCTOBER 30, 2025,** at **11:30 AM**. The parties are directed to call **1-551-285-1373,** enter Zoom Meeting ID **161-603-4081#**. The Participant ID and Meeting Passcode are both **581746#.**

    **PLEASE NOTE:**

    1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only).
**Please ensure that you are using the correct form.**

    2. The Eastern Division General Order on Pretrial Conferences can also be found on the Court's website.

    3. Parties, if represented by counsel, or principals are welcome, but not required, to participate in the conference.

**DATE: September 30, 2025**

*s/Sherry Nichols*
Sherry Nichols, Courtroom Deputy
Sherry_Nichols@ohsd.uscourts.gov
614-719-3461