# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| GENE THROWER, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br> v. <br><br> COLUMBUS CAR AUDIO & ACCESSORIES, INC <br><br> Defendant. | Case No. 2:25-cv-957 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Elizabeth P. Deavers |

## RULE 26(f) REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on <u>October 16, 2025</u> and was attended by:

<u>Anthony Paronich</u>, counsel for plaintiff(s),

_____, counsel for plaintiff(s)_____,

<u>Christopher Dean</u>, counsel for defendant(s),

_____, counsel for defendant(s)_____,

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1.     <u>CONSENT TO MAGISTRATE JUDGE</u>

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

_____ Yes     <u>X</u> No

2.     <u>INITIAL DISCLOSURES</u>

Have the parties agreed to make initial disclosures?

<u>X</u> Yes     _____ No     _____ The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by <u>November 4, 2025</u>

3. <u>VENUE AND JURISDICTION</u>

Are there any contested issues related to venue or jurisdiction?

\_\_\_\_\_Yes    <u>  X  </u>No

If yes, describe the issue:

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by _____.

4. <u>PARTIES AND PLEADINGS</u>

   a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by<u>      December 12, 2025      </u>.

   b. If the case is a class action, the parties agree that the motion for class certification shall be filed by <u>July 5, 2026</u>.

5. <u>MOTIONS</u>

   a. Are there any pending motion(s)?

   \_\_\_\_\_Yes    <u>  X  </u>No

   If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

   b. Are the parties requesting expedited briefing on the pending motion(s)?

   \_\_\_\_\_Yes    <u>  X  </u>No

   If yes, identify the proposed expedited schedule:

   Opposition to be filed by_____; Reply brief to be filed by_____.

6. <u>ISSUES</u>

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

  The Plaintiff has alleged that the Defendant has sent telemarketing text messages to individuals who have no relationship with the Defendant. The Plaintiff further alleged that Defendant delivered text messages to telephone number to telephone number (614) 900-XXXX in 2025,

including at least on July 25, August 1, 8, and 13, 2025. Based on those allegations, Plaintiff makes a claim for a violation of the Telephone Consumer Protection Act ("TCPA"). Due to the alleged *en masse* nature of the campaign, the Plaintiff is pursuing this matter on behalf of the following putative class:

> All persons throughout the United States (1) who did not provide their telephone number to Columbus Car Audio & Accessories, Inc., (2) to whom Columbus Car Audio & Accessories, Inc. delivered, or caused to be delivered, more than one voice message or text message within a 12-month period, promoting Columbus Car Audio & Accessories, Inc. goods or services, (3) where the person's residential or cellular telephone number had been registered with the National Do Not Call Registry for at least thirty days before Columbus Car Audio & Accessories, Inc. delivered, or caused to be delivered, at least two of the voice messages or text messages within the 12-month period, (4) within four years preceding the date of this complaint and through the date of class certification.

Defendant asserts that it had consent to text this telephone number, denies any violations of the TCPA, and denies that this matter is appropriate for class treatment. There is a jury demand.

7. <u>DISCOVERY PROCEDURES</u>

    a. The parties agree that all discovery shall be completed by <u>June 28, 2026</u>. The parties to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court. To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call-in number.

    b. Do the parties anticipate the production of ESI?_____X Yes_____No

        If yes, describe the protocol for such production: The parties agree to the PDF production of most documents in the case, but any calling data shall be produced in its native form.

    c. Do the parties intend to seek a protective order or clawback agreement?

        If yes, such order or agreement shall be produced to the Court by <u>November 14, 2025.</u>

8. <u>DISPOSITIVE MOTIONS</u>

    a. Any dispositive motions shall be filed by <u>Defendant  February 27, 2026.</u>

    b. Are the parties requesting expedited briefing on dispositive motions?

        _____Yes    X____No

    If yes, identify the proposed expedited schedule:

    Opposition to be filed by_____; Reply brief to be filed by_____.

9.     <u>EXPERT TESTIMONY</u>

    a. Primary expert reports must be produced by <u>April 5, 2026</u>.

    b. Rebuttal expert reports must be produced by <u>May 5, 2026</u>.

10.     <u>SETTLEMENT</u>

Plaintiff(s) will a make a settlement demand by <u>April 6, 2026</u>.     Defendant will respond by _____. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year. The parties request the following month and year:

                            <u>  June 2026  </u>

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11.     <u>RULE 16 PRETRIAL CONFERENCE</u>

Do the parties request a scheduling conference?

<u> X </u> Yes, the parties would like a conference with the Court prior to it issuing a scheduling order. The parties request that the conference take place _____ in chambers <u> X </u> by telephone.

_____ No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12.     <u>OTHER MATTERS</u>

Indicate any other matters for the Court's consideration: None.

Dated: October 21, 2025

/s/ *Anthony Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*


/s/ *Christopher Dean*
Christopher G. Dean (0092883)
MCDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Tel: (216) 348-5400
cdean@mcdonaldhopkins.com

*Counsel for Defendant Columbus Car Audio & Accessories, Inc.*

36992863.1