# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| GENE THROWER, on behalf of himself and others similarly situated, | CASE NO. 2:25-cv-00957 |
| Plaintiff, | JUDGE MICHAEL H. WATSON |
| v. | MAG. JUDGE ELIZABETH P. DEAVERS |
| COLUMBUS CAR AUDIO & ACCESSORIES, INC. | **NOTICE OF SETTLEMENT AND UNOPPOSED MOTION FOR LEAVE TO PLEAD OR OTHERWISE RESPOND TO COMPLAINT** |
| Defendant. | |

Plaintiff Gene Thrower ("Plaintiff") and Defendant Columbus Car Audio & Accessories, Inc. ("Defendant") (together, the "Parties"), by and through undersigned counsel, hereby give notice to the Court that they have reached an individual (non-class) settlement of the above-captioned matter. Defendant's current deadline to respond to Plaintiff's Class Action Complaint is October 28, 2025. In light of the settlement, Defendant respectfully requests an extension of 30 days, up to and including November 27, of its deadline to respond, during which time the Parties will work to effectuate the settlement and dismiss the case. Plaintiff does not oppose this Motion.

Dated: October 28, 2025

Respectfully submitted,

/s/ Sydney K. Bell
Christopher G. Dean (0092883)
Sydney K. Bell (0103759)
**McDonald Hopkins LLC**
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: 216-348-5400
cdean@mcdonaldhopkins.com
sbell@mcdonaldhopkins.com

*Counsel for Defendant*

37024721.4