# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| GENE THROWER, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> COLUMBUS CAR AUDIO & ACCESSORIES, INC., <br><br> Defendant. | CASE NO. 2:25-cv-00957-MHW-EPD <br><br> JUDGE MICHAEL H. WATSON <br><br> MAG. JUDGE ELIZABETH PRESTON DEAVERS <br><br> **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO PLEAD OR OTHERWISE RESPOND TO COMPLAINT** |

This matter is before the Court on the Unopposed Motion of Defendant Columbus Car Audio & Accessories, Inc. ("Defendant") for Leave to Plead or Otherwise Respond to Plaintiff's Class Action Complaint. The Court finds the Motion well-taken, and for good cause shown, the Motion is hereby **GRANTED**.

Defendant is hereby granted an extension of 30 days, up to and including November 27, 2025, in which to respond to Plaintiff's Class Action Complaint.

**IT IS SO ORDERED.**

_____  _____
**DATE**                          JUDGE MICHAEL H. WATSON

37033842.1