IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GENE THROWER,
*On behalf of himself and
others similarly situated,*

    Plaintiff,

vs.

COLUMBUS CAR AUDIO &
ACCESSORIES, INC.,

    Defendant.

Case No. 2:25-cv-0957
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter comes before the Court on the Notice of Settlement and Unopposed Motion for Leave to Plead or Otherwise Respond to Complaint. (ECF No. 13.) The parties indicate they have reached settlement, and as a result, Defendant seeks a 30-day extension to respond to the Complaint. (*Id.*) For good cause shown, the Motion is **GRANTED**. Defendant may have until **NOVEMBER 27, 2025**, to respond to the Complaint. The parties are **ORDERED** to file a **JOINT STATUS REPORT** by **NOVEMBER 27, 2025**, detailing the status, but not the substance, of settlement negotiations unless a dismissal entry is filed in the interim.

    IT IS SO ORDERED.

DATED: October 29, 2025

    */s/ Elizabeth A. Preston Deavers*
    **ELIZABETH A. PRESTON DEAVERS**
    **UNITED STATES MAGISTRATE JUDGE**