# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| GENE THROWER, on behalf of himself and others similarly situated,<br><br>                 Plaintiff,<br>  v.<br><br>COLUMBUS CAR AUDIO & ACCESSORIES, INC<br><br>                 Defendant. | Case No. 2:25-cv-957<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |

## NOTICE OF DISMISSAL WITH PREJUDICE

The plaintiff files this Notice of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Respectfully submitted in this 21st day of November, 2025

                                                            */s/ Anthony I. Paronich*
                                                            Anthony I. Paronich (admitted *pro hac vice*)
                                                             Paronich Law, P.C.
                                                            350 Lincoln Street, Suite 2400
                                                            Hingham, MA 02043
                                                            Tel: (617) 485-0018
                                                           anthony@paronichlaw.com
                                                           *Counsel for Plaintiff*